[Nos. 20404-9-III; 20736-6-III;   Division Three.   November 6, 2003.]
20811-7-III.

THE STATE OF WASHINGTON, *Respondent*, v. KEITH BARRY
ROBERTS, *Appellant*.

*In the Matter of the Personal Restraint of* KEITH BARRY
ROBERTS, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00223-5, Evan E. Sperline, J., entered
July 31, 2001, together with petitions for relief from per-
sonal restraint. Judgment *affirmed* and petitions *denied* by
unpublished opinion per Kato, J., concurred in by Brown,
C.J., and Schultheis, J.

[No. 49409-1-I.   Division One.   November 10, 2003.]

*In the Matter of the Personal Restraint of* JONATHAN CURTIS,
*Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.

[No. 49753-7-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *on the relation of County of San
Mateo, California, Respondents*, v. STEPHEN SCOTT LEWIS,
*Appellant*, DEIRDRE LOUISE O'SHEA, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 00-5-00227-8, Alfred L. Heydrich, J.
Pro Tem., entered July 12, 2001. *Affirmed* by unpublished
per curiam opinion.